FILED
**United States Court of Appeals**
**Tenth Circuit**

**April 20, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

ADAM STREGE,

     Plaintiff - Appellant,

v.

LAUNCH ALL NUCLEAR MISSILES;
ALL PLANETS NUCLEAR MISSILES;
NATE LONG, Grand Junction CO Police
Officer in his official and individual
capacities; BEN COOPER, Grand Junction
CO Police Officer in his individual
capacity; CRISS KOPP, Grand Junction
CO Police Officer in his official and
individual capacities; STEVE ANSEL,
Grand Junction Police Officer in his
official and individual capacities; 5
unknown named Delta County Sheriff
Deputies in their individual and official
capacities; STEVE BERUJ, Delta County
Sheriff in his official and individual
capacities; FAY MATHEWS, Delta
County Planning Department Director in
his official and individual capacities;
STARBUCKS COFFEE; DAVID
STEINER, United States Post Office
Postmaster General in his official and
individual capacities; ACSES HEATH;
GOD LOVES US; GOD LOVES YOU;
GOD HATES US; GOD HEAVEN; GOD
HELL; ALL SPACE PLANETS; ALL
PLANETS PEOPLE; ALL PLANETS
SUN LIGHT; ALL PLANETS ATOMS;
SATAN; ALL PLANETS; ALL SPACE
PLANETS COURTS ALL PLANETS
POLICE AND LAW ENFORCEMENT;

No. 26-1026
(D.C. No. 1:25-CV-03897-RTG)
(D. Colo.)

ALL PLANETS MILITARY; ALL
PLANETS COMPUTERS,

  Defendants - Appellees.

_____

**ORDER AND JUDGMENT**[*]

_____

Before **MATHESON**, **MURPHY**, and **ROSSMAN**, Circuit Judges.

_____

Adam Strege appeals the dismissal of his complaint without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute.[1]  He also seeks leave to proceed *in forma pauperis* ("*ifp*") on appeal.  Exercising jurisdiction under 28 U.S.C. § 1291, we reverse dismissal of his complaint, grant his *ifp* request, and remand for further proceedings.

The district court dismissed because it had ordered Mr. Strege to cure deficiencies in his complaint within 30 days, and he had not done so.  He filed a motion for reconsideration, which the district court denied.  He then appealed.

---

[*] After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist in the determination of this appeal.  *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G).  The case is therefore ordered submitted without oral argument.  This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel.  It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

[1] Because Mr. Strege appears pro se, "we liberally construe his filings, but we will not act as his advocate." *James v. Wadas*, 724 F.3d 1312, 1315 (10th Cir. 2013).

Despite his prolix and confusing opening brief, we liberally construe it as at least attempting to explain that he missed the 30-day deadline because he had informed the district court that he has no mail delivery and received no court documents. We further note that Mr. Strege moved in district court to "electronically file all court documents and fore [sic] court to 100% only contact by pacer email or court to Fedex or Ups court documents to [his address]," but the court docket reflects no ruling on the motion. Mot. to Electronically File at 1, No. 1:25-cv-03897 (D. Colo. Dec. 22, 2025), ECF No. 5. Also, the docket repeatedly lists that court documents mailed to Mr. Strege were returned as undeliverable.

Under these circumstances, we vacate the district court's Rule 41(b) dismissal and remand for further proceedings. *See Haynes v. Turner Bass & Assocs.*, No. 20-40787, 2022 WL 2383855, at *1 (5th Cir. July 1, 2022) (per curiam) (unpublished) (reversing dismissal for failure to prosecute when plaintiff "was unable to receive her mail" and "repeatedly called the district court for updates").

We also grant Mr. Strege's motion to proceed *ifp*.

Entered for the Court

Scott M. Matheson, Jr.
Circuit Judge

3